UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 09 CR 383 |
| v. ) | |
| ) | Judge Ruben Castillo |
| JESUS VICENTE ZAMBADA-NIEBLA, ) | |
|   a/k/a "Vicente Zambada-Niebla," ) | |
|   a/k/a "Vicente Zambada," ) | |
|   a/k/a "Mayito," ) | |
|   a/k/a "30; " and ) | |
| TOMAS AREVALO-RENTERIA. ) | |

**MOTION FOR CLARIFICATION OF TRIAL DATE AND PRE-TRIAL SCHEDULE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for clarification of its Order of October 27, 2011, setting pre-trial disclosure dates predicated on a scheduled trial date of February 13, 2012. The government respectfully requests that at the status hearing in this case to be held on Tuesday, December 13, 2011, the Court require defendant to commit to the February trial date or move for a continuance at this time, so the motion can be ruled upon at the December 13 status. In support of this motion, the government states as follows:

1.      On June 15, 2011, the Court set a trial date in this case of February 13, 2012. R. 79. Subsequent to the setting of the trial date, defendant Zambada-Niebla filed numerous pre-trial motions, including motions to dismiss the indictment based on an alleged grant of immunity and motions for discovery in support of his motion and public authority affirmative defense. The government has responded, and briefing continues.

-1-

2.      On several occasions, defense counsel have indicated that they do not believe that the defense will be prepared to proceed to trial in February 2012. Moreover, in a conversation with defense counsel on December 8, 2011, defense counsel again indicated that they believed the defense will not be prepared to proceed to trial in February, and represented to counsel for the government that defendant Zambada-Niebla will be seeking a continuance of the trial date. In that same conversation, counsel advised the government that defendant was going to seek additional time to file his papers related to his immunity defenses, which the Court granted. R.150.

3.      The government intends to call several witnesses at this trial who are defendants from other federal districts, with most incarcerated in federal correctional facilities throughout the country. Arranging for the production, transport, and housing of these witnesses will take up to eight weeks, requiring significantly more lead time, transport personnel, and cost than the typical case. The US Marshals Service has made several recent inquiries of the U.S. Attorney's Office regarding whether the trial date in February is firm.

4.      The government will be prepared for trial whenever it is set by the Court, and the government objects to a continuance of the February 2012 trial date. However, if defendant seeks a continuance, the government requests that the defendant's motion be resolved at the December 13 status to avoid needlessly bringing incarcerated witnesses to Chicago for trial (with the attendant security considerations and cost), only to return them to their host facilities after the trial is continued.

5. Additionally, the Court's current order requires the government to identify its trial exhibits prior to December 12, 2011. The government seeks an extension of that date either (a) to December 19, 2011, if the February trial date is going to remain; or (b) to a date 60 days in advance of a new trial date, if the defense seeks a continuance and the Court grants defendant's request.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:    /s/ Andrew C. Porter
    THOMAS D. SHAKESHAFT
    ANDREW C. PORTER
    MICHAEL J. FERRARA
    MARC KRICKBAUM
    Assistant United States Attorneys
    United States Attorney's Office
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5300

Dated: December 9, 2011